# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

153584

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                      SC: 153584
                                      COA: 331246
                                      Midland CC: 14-005917-FH

RUTH ANN SUTTON,
        Defendant-Appellant.

_____/

       By order of September 27, 2016, the prosecuting attorney was directed to answer the application for leave to appeal the March 30, 2016 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017



                                     Clerk

p0227